BEFORE THE FIRST DIVISION, JANUARY 20, 1945

**No. 49962.**—Protest 946406–G of Columbia Co. (San Francisco).

Opinion by COLE, J. In accordance with stipulation of counsel and following the cases cited the merchandise was held dutiable as follows: (1) Ve-tsin similar in all material respects to that the subject of *Quong Yuen Shing Co.* v. *United States* (31 C. C. P. A. 43, C. A. D. 247), which was found to contain salt, at 20 percent under paragraph 1558; (2) wai san and lotus nuts the same in all material respects as the merchandise passed upon in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372), at 10 percent under paragraph 34, or free of duty under paragraph 1669, respectively, as claimed. The protest was sustained to this extent.